IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-285-D

| | |
|---|---|
| FREDDIE LEE FEREBEE, and <br> SELENA LOUISE HOLLEY FEREBEE, <br><br> Plaintiffs <br> v. <br><br> OCWEN LOAN SERVICING, LLC., <br><br> Defendant. | **ORDER** |

On February 15, 2013, the parties filed a joint motion to stay proceedings [D.E. 18] in order to conclude settlement negotiations. The motion [D.E. 18] is GRANTED. The action is stayed until May 20, 2013.

SO ORDERED. This **20** day of February 2013.

JAMES C. DEVER III
Chief United States District Judge